SHULER *v.* HARDIN, Administrator of SOUTH.

QUIT-CLAIM DEED.—EFFECT OF.—To a complaint upon a promissory note, given to secure the price of land which the payee had engaged to convey to the maker by deed of quit-claim, it is not a good answer that the land, after the note was made, had been sold to discharge a lien upon it, which existed when the note was made.

APPEAL from the *Hendricks* Common Pleas.

GREGORY, J.—*Hardin,* administrator of *South,* sued *Shuler* in the court below on two promissory notes.

The defendant answered that the consideration of the notes was a part of the purchase money of a lot in *Matlock's* addition to the town of *Danville;* that *South,* on the 9th of *April,* 1861, executed his title-bond to *Shuler,* conditioned that, on the payment of the purchase money, the former would convey to the latter, by quit-claim deed, the lot in question; that, on the 24th of *February,* 1859, *Arthur W. Little* and others obtained a judgment against one *John W. Matlock* in the *Hendricks* Common Pleas, on which judgment was issued a writ of *fieri facias,* by virtue of which the lot was sold on the 25th of *July,* 1863, to one *John L. Ketcham,* "and thereby all the right and title of *South* had been disposed of and divested, and the defendant's equity in the property divested." A demurrer was sustained to the answer, and this is assigned for error. The answer does not allege any fact to show that *South* in any way derived title through or from *Matlock;* the conclusion averred does not follow from the facts stated.

*South* contracted to quit-claim to *Shuler* the title he had in the lot; this did not bind him to discharge the liens resting on the property at the time he so contracted. The judgment against *Matlock* was rendered before *South* executed the title-bond to *Shuler,* and was in full force at the time, and if a lien on the lot, it was for *Shuler* and not *South* to look to its discharge.

The judgment is affirmed with costs, and five per cent. damages.

*C. C. Nave,* for appellant.

*P. S. Kennedy,* for appellee.